Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA APARICIO ) | Case No. 2:18−cv−02861−SVW−RAO |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| STERLING JEWELERS INC, et al. ) | |
| ) | |
| Defendant(s). ) | |

    NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** April 12, 2018    **Law Offices of Todd M. Friedman, P.C.**

                                    By: s/ Todd M. Friedman
                                        Todd M. Friedman

# **CERTIFICATE OF SERVICE**

Filed electronically on April 12 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 12 2018, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/Todd M. Friedman</u>
 Todd M. Friedman